IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MATTHEW B.,
    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,
    Defendant.

CIVIL NO. 3:22-cv-00285 (REP)

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on January 11, 2023 (ECF No. 19). The time to file objections has expired and neither party has objected to the Report and Recommendation. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge (ECF No. 19) is accepted and adopted as the Opinion of the Court; and

(2) Plaintiff's Motion for Summary Judgment (ECF No. 15) is granted; and

(3) Defendant's Motion for Summary Judgment (Dk. No. 17) is denied; and

(4) The decision of the Commissioner is REVERSED and REMANDED.

(5) The Clerk shall close this case.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: January 31, 2023